**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**SHERRY L. ROWAN,**
  **Plaintiff,**

**vs.**              **CASE NO.: 5:06cv84/SPM/MD**

**JO ANNE B. BARNHART,
Commissioner of Social Security,**
  **Defendant.**
_____

**REPORT AND RECOMMENDATION**

  **This case is before the court upon plaintiff's complaint filed pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's claim for benefits.  Pending is the defendant's motion for remand pursuant to sentence six  of § 205(g) and 1631(c)(3) of the Social Security Act,  42 U.S.C. § 405(g) and 1383(c)(3) (doc. 8).  The plaintiff does not oppose the motion according to the certification of the defendant.**

  **Pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3), the court may, "on motion of the Commissioner made for good cause shown before he files his answer, remand the case to the Commissioner for further action by the Commissioner." The Commissioner of Social Security states that voluntary remand of the claim is appropriate so the Appeals Council may issue a notice that it will admit relevant documents into the record, absent valid objections to the admission of the evidence by plaintiff's representative. In the absence of objections to the admission of the evidence, the**

**Appeals Council will then prepare a certified administrative record for submission to the court.  Good cause has been shown for remand.**

**Accordingly, it is RECOMMENDED as follows:**

**1.	That the defendant's motion for remand (doc. 8) be GRANTED.**

**2.	That this case be remanded to the Commissioner of Social Security pursuant to sentence six  of § 205(g) and 1631(c)(3) of the Social Security Act,  42 U.S.C. § 405(g) and 1383(c)(3).**

**3.	That defendant be ordered to direct the Appeals Council to remand this case to issue a notice that it will admit relevant documents into the record, absent valid objections to the admission of the evidence by plaintiff's representative.  In the absence of objections to the admission of the evidence, the Appeals Council will then prepare a certified administrative record for submission to the court.**

**4.	That the clerk be directed to enter judgment for plaintiff and close the file.**

**DONE AND ORDERED this 7th day of August, 2006.**

/s/ *Miles Davis*
	**MILES DAVIS
	UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control*.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**