IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHERRY L. ROWAN,

       Plaintiff,

vs.                                     CASE NO.: 5:06cv84-SPM/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,

       Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated August 7, 2006 (doc. 10). Each party has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This case is remanded to the Commissioner of Social Security pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3).

3.     The Defendant shall direct the Appeals Council to remand this case

to issue a notice that it will admit relevant documents into the record, absent valid objections to the admission of the evidence by Plaintiff's representative.  In the absence of objections to the admission of the evidence, the Appeals Council will then prepare a certified administrative record for submission to the court.

  4. The clerk of this court shall enter judgment for Plaintiff and close the file.

  DONE AND ORDERED this 15th day of September, 2006.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge