IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHERRY L. ROWAN,

        Plaintiff,

vs.                                          CASE NO.: 5:06cv84-SPM/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

_____/

## **ORDER**

        THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated July 7, 2008 (doc. 39). Each party has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

        Accordingly, it is hereby ORDERED as follows:

        1.      The magistrate judge's report and recommendation (doc. 39) is adopted and incorporated by reference in this order.

        2.      Defendant's motion to remand (doc. 38) is granted and the

Commissioner's decision denying benefits is reversed.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4. The Defendant shall direct the Administrative Law Judge to reconsider plaintiff's alleged Reflex Sympathetic Dystrophy in accordance with Agency policy and, if necessary, recontact Plaintiff's treating physician. The Administrative Law Judge shall reconsider Plaintiff's mental impairments.

5. The clerk of this court shall enter judgment for Plaintiff and close the file.

DONE AND ORDERED this 11th day of August, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 5:06cv84-SPM/MD