IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHERRY L. ROWAN,

    Plaintiff,

vs.                                    CASE NO.: 5:06cv84-SPM/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**<u>ORDER AWARDING FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT</u>**

       THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated September 5, 2008 (doc. 46).  Each party has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

       Accordingly, it is hereby ORDERED as follows:

       1.     The magistrate judge's report and recommendation (doc. 46) is adopted and incorporated by reference in this order.

       2.     Plaintiff's petition for attorney fees (doc.43) is granted.  The

Commissioner is directed to pay Attorney Heather Freeman $3,302.98, which are reasonable fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

DONE AND ORDERED this 7th day of October, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 5:06cv84-SPM/MD